CHATHAM PLAN, INCORPORATED, Appellant, *v.* CLINTON TRUST COMPANY, Respondent.

(Submitted July 8, 1936; decided September 29, 1936.)

*Robert Garlock* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless return is filed and undertaking is filed and served and appellant pays ten dollars costs within ten days, in which event the motion is denied.